IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02679-RPM-MEH

RICKY D'SOUZA,

      Plaintiff,

v.

FARREL & SELDIN,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 4, 2010.**

      Plaintiff's Amended Request of Counsel to Appear at Scheduling Conference by Telephone [filed February 3, 2010; docket #8] is **granted**. Plaintiff's counsel shall call Chambers at (303) 844-4507 at the designated time.

      Plaintiff's Request of Counsel to Appear at Scheduling Conference by Telephone [filed February 3, 2010; docket #7] is **denied as moot**.

      The Court reminds the parties of their continuing obligations to comply fully with D.C. Colo. LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail). The plain language of D.C. Colo. LCivR 7.1A states,

> The court will not consider ***any motion***, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

(emphasis added).