IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02679-RPM-MEH

RICKY D'SOUZA,

    Plaintiff,

v.

FARREL & SELDIN,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal [20] filed on March 25, 2010, it is

    ORDERED that this action is dismissed with prejudice. The Court will retain jurisdiction for 60 days to finalize the terms of the settlement.

    DATED: June 3rd, 2010

                                                       BY THE COURT:

                                                       s/Richard P. Matsch
                                                       _____
                                                       Richard P. Matsch, Senior District Judge